AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

☑ ORIGINAL

Jose A. Colon
_____
Plaintiff

v.

CMS
_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06 - 025

I, Jose A. Colon _____ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   (• Yes)   • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Howard R. Young Correctional Institution

   **Inmate Identification Number (Required):**  SBI# 277657

   Are you employed at the institution? yes   Do you receive any payment from the institution? yes

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months transactions*

2. Are you currently employed?   • • Yes   (• No)

   FILED
   JAN 13 2006
   U.S. DISTRICT COURT
   DISTRICT OF DELAWARE

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     • • Yes    • • No
   b. Rent payments, interest or dividends              • • Yes    • • No
   c. Pensions, annuities or life insurance payments    • • Yes    • • No
   d. Disability or workers compensation payments       • • Yes    • • No
   e. Gifts or inheritances                             • • Yes    • • No
   f. Any other sources                                 • • Yes    • • No

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  ·· Yes  (·· No)

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ·· Yes  (·· No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

__1-5-06__                          __Jose A. Colon__
  DATE                               SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

**RESIDENT HISTORY REPORT**                                                      Page 1 of 2

HRYCI
01/10/06 14:25
ST 007 / OPR KJG

```
SBI            : 277657
Resident Name  : COLON, JOSE A
Time Frame     : 01/13/2004 18:17 - 01/10/2006 14:25
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/13/2004 | 18:17 | Intake | 1 | cobra | A2147 | 0.96 | 0.96 |
| 01/16/2004 | 17:15 | Add | 7 | SZG | G192 | 15.84 | 16.80 |
| 01/19/2004 | 12:39 | Order | 2 | IM | B425 | 10.21 | 6.59 |
| 01/22/2004 | 08:27 | Add | 8 | RP | H151 | 25.00 | 31.59 |
| 01/26/2004 | 14:09 | Order | 2 | IM | B1367 | 26.00 | 5.59 |
| 02/03/2004 | 06:36 | Order | 2 | IM | B2284 | 5.39 | 0.20 |
| 02/03/2004 | 12:17 | Add | 4 | RWW | D975 | 25.00 | 25.20 |
| 02/09/2004 | 10:20 | Order | 2 | DDT | B3235 | 22.23 | 2.97 |
| 02/13/2004 | 15:14 | Add | 7 | SZG | G573 | 16.56 | 19.53 |
| 02/17/2004 | 09:56 | Order | 2 | IM | B4448 | 1.95 | 17.58 |
| 02/24/2004 | 08:50 | Order | 2 | IM | B5459 | 16.76 | 0.82 |
| 03/10/2004 | 12:06 | Add | 4 | RWW | D3089 | 50.00 | 50.82 |
| 03/16/2004 | 08:36 | Order | 2 | DDT | B8597 | 48.55 | 2.27 |
| 03/18/2004 | 07:44 | Add | 7 | KTS | G900 | 7.68 | 9.95 |
| 03/23/2004 | 12:19 | Order | 2 | DDT | B9798 | 5.65 | 4.30 |
| 04/13/2004 | 06:09 | Order | 2 | DDT | B12597 | 1.95 | 2.35 |
| 04/27/2004 | 07:08 | Order | 2 | DDT | B14507 | 1.95 | 0.40 |
| 05/07/2004 | 13:00 | Add | 4 | jxs | D6175 | 20.00 | 20.40 |
| 05/11/2004 | 06:11 | Order | 2 | DDT | B16307 | 20.14 | 0.26 |
| 06/07/2004 | 14:27 | Add | 4 | CK | D7674 | 50.00 | 50.26 |
| 06/15/2004 | 14:05 | Order | 2 | DDT | B20871 | 41.39 | 8.87 |
| 06/18/2004 | 11:58 | Add | 7 | KTS | G2261 | 2.52 | 11.39 |
| 06/22/2004 | 10:58 | Order | 2 | DDT | B21701 | 8.59 | 2.80 |
| 07/13/2004 | 05:59 | Order | 2 | WLH | B24416 | 1.95 | 0.85 |
| 07/18/2004 | 11:24 | Add | 7 | KTS | G2607 | 9.80 | 10.65 |
| 07/20/2004 | 06:17 | Order | 2 | DDT | B25394 | 10.07 | 0.58 |
| 08/10/2004 | 12:15 | Add | 4 | CK | D10962 | 40.00 | 40.58 |
| 08/17/2004 | 07:51 | Order | 2 | DDT | B28977 | 40.46 | 0.12 |
| 08/24/2004 | 09:40 | Add | 4 | CK | D11561 | 30.00 | 30.12 |
| 09/01/2004 | 06:24 | Order | 2 | IM | B30789 | 29.34 | 0.78 |
| 09/01/2004 | 11:40 | Add | 7 | LIH | G3108 | 9.80 | 10.58 |
| 09/15/2004 | 07:49 | Add | 7 | KTS | G3256 | 7.84 | 18.42 |
| 09/20/2004 | 13:09 | Add | 4 | SED | D12940 | 20.00 | 38.42 |
| 09/21/2004 | 06:39 | Order | 2 | IM | B33398 | 17.69 | 20.73 |
| 09/21/2004 | 13:53 | Add | 4 | SED | D13047 | 25.00 | 45.73 |
| 09/28/2004 | 06:43 | Order | 2 | DDT | B34369 | 36.63 | 9.10 |
| 10/12/2004 | 05:57 | Order | 2 | DDT | B36084 | 8.62 | 0.48 |
| 01/07/2005 | 21:09 | Add | 5 | CMJ | E5976 | 0.01 | 0.49 |
| 01/18/2005 | 06:18 | Order | 2 | DDT | B48335 | 0.46 | 0.03 |
| 01/19/2005 | 11:19 | Credit | 9 | IM | I1942 | 0.46 | 0.49 |
| 01/25/2005 | 07:29 | Order | 2 | DDT | B49189 | 0.39 | 0.10 |
| 07/06/2005 | 12:41 | Add | 4 | SEA | D28318 | 20.00 | 20.10 |
| 07/11/2005 | 07:19 | Order | 2 | DDT | B70495 | 19.55 | 0.55 |
| 09/16/2005 | 06:33 | Add | 7 | KTS | G6865 | 11.90 | 12.45 |
| 10/04/2005 | 10:52 | Order | 2 | WLH | B82351 | 9.70 | 2.75 |
| 10/06/2005 | 11:27 | Add | 4 | SEA | D33800 | 10.00 | 12.75 |
| 10/12/2005 | 05:47 | Order | 2 | DDT | B83407 | 12.64 | 0.11 |
| 10/14/2005 | 11:55 | Add | 4 | CK | D34302 | 40.00 | 40.11 |
| 10/18/2005 | 08:32 | Add | 7 | KTS | G7909 | 13.50 | 53.61 |
| 10/18/2005 | 09:04 | Order | 2 | DDT | B84406 | 39.72 | 13.89 |
| 10/21/2005 | 12:05 | Add | 4 | SEA | D34705 | 10.00 | 23.89 |
| 10/25/2005 | 08:45 | Order | 2 | DDT | B85403 | 21.53 | 2.36 |
| 10/28/2005 | 12:46 | Add | 4 | SEA | D35149 | 15.00 | 17.36 |
| 10/31/2005 | 13:52 | Order | 2 | DDT | B86290 | 13.50 | 3.86 |
| 11/03/2005 | 14:51 | Rec Payment | 10 | LIH | J344 | 0.75 | 3.11 |
| 11/21/2005 | 13:42 | Order | 2 | DDT | B89127 | 3.07 | 0.04 |
| 11/22/2005 | 07:08 | Add | 7 | KTS | G8343 | 13.50 | 13.54 |
| 11/25/2005 | 11:25 | Add | 4 | SED | D36907 | 20.00 | 33.54 |

```
RESIDENT HISTORY REPORT                                               Page 2 of 2

HRYCI
01/10/06 14:25
ST 007 / OPR KJG

SBI              : 277657
Resident Name    : COLON, JOSE A
Time Frame       : 01/13/2004 18:17 - 01/10/2006 14:25

------------------------------------------------------------------------------
Date        Time    Type            ST   OPR    Receipt #      Amount    Balance
------------------------------------------------------------------------------

11/29/2005  05:50   Order           2    DDT    B90187           8.19      25.35
12/05/2005  12:58   Order           2    DDT    B91048          24.89       0.46
12/18/2005  18:17   Add             7    KTS    G8692           13.50      13.96
12/23/2005  13:44   Add             4    CK     D38896          20.00      33.96
12/26/2005  09:48   Order           2    DDT    B94082          12.60      21.36
01/03/2006  11:46   Order           2    DDT    B94979          19.72       1.64
```