(Rev. 5/05)

 **ORIGINAL**

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Jose A. Colon    277657
   (Name of Plaintiff)    (Inmate Number)

H.R.Y.C.I
P.O BOX 9561 Wilm, DE 19809
   (Complete Address with zip code)

(2)_____
   (Name of Plaintiff)    (Inmate Number)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Correctional Medical Services

(2)_____

(3)_____
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

 

: 
: 
: 
: 

:     0 6 ⁻ 0 2 5

: _____
:    (Case Number)
: ( to be assigned by U.S. District Court)

: 
: 
: 
: 
: **CIVIL COMPLAINT**
: 
: 
: 
: 
: •   Jury Trial Requested

                FILED

               JAN 1 3 2006

           U.S. DISTRICT COURT
           DISTRICT OF DELAWARE

**I.    PREVIOUS LAWSUITS**

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

        NONE _____

        _____

        _____

        _____

        _____

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution? (•• Yes) •• No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims? (•• Yes) •• No

C.    If your answer to "B" is Yes:

    1.  What steps did you take? Exhausted the Inmate grievance Process

    2.  What was the result? Simple apology was given

D.    If your answer to "B" is No, explain why not: _____

III.    **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Correctional Medical Services

Employed as Care Takers at Howard R. Young Correctional

Mailing address with zip code: _____

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Sometime Between April 2005 And June 2005 I WAS Given A MEDICATION that I WAS NOT ordered to Recieve. I found out thRough the Institutional Medical Staff that this Medication did Not Belong to Me.

2. I then filed A Medical Grievance on 6-7-05 Requesting they Stop giving me this Medication on 6-24-05 the gRievance was Received and Processed Then Sometime in August 2005 I was Seen By Medical Supervisor Mrs. LiNDA Hunter Concerning

3. Medical grievance. # 05-14744. After A Brief explanation I was given A Simple Apology and was told I would get A written Copy through the Institution's MAil for that Specific Hearing. I Have Not Received SuCH Copy.

## V.   RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I Am Seeking Relief in the form of A LAW Suit. And would like My Case to be heard by the Courts. I would Also like for the Court to petition the Howard R. Young Correctional's Medical Department in Hopes of Providing me with A Copy

2.  of the Resolution for Medical grievance-
    # 05-14744.

3.  _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___6th___ day of ___JANUARY___, 2__006__.

_____Jose A. Colon_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



JOSE A. COLON
SBI #277657
FBG
306 WILMINGTON DE 19850 WILMINGTON DE 19850
P.O. BOX 9561
WILMINGTON, DE 19809

JAN 12 2006

CLERK OF COURT
U.S District Court
LockBox 18
844 N. King Street
WILMINGTON, DE 19801

U.S.M.
X-RAY