IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE A. COLON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-025-JJF |
| | ) |
| CORRECTIONAL MEDICAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

**AUTHORIZATION**

I, Jose A. Colon, SBI #277657 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $6.25 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 2/1/06, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 2/22/06, 2006.

*Jose A. Colon*
Signature of Plaintiff

FILED
FEB 24 2006
US DISTRICT COURT
DISTRICT OF DELAWARE





Jose Colon SBI #277657
H.R.Y.C.I
P.O. Box 9561
Wilm, DE 19809

United States District Court
District of Delaware
Clerk of Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

"LEGAL MAIL"