IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE A. COLON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-25-JJF |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

WHEREAS, Plaintiff Jose A. Colon, filed a complaint on January 13, 2006 (D.I. 2);

WHEREAS, on March 15, 2006, an order was entered dismissing the complaint and giving Plaintiff leave to amend the complaint within thirty days from the date of the order or the case would be closed (D.I. 5);

WHEREAS, the thirty days have passed and an amended complaint has not been filed;

THEREFORE, at Wilmington this 26 day of April, 2006, IT IS ORDERED that the case is closed for failure to file an amended complaint.

```
                              /s/ Joseph J. Farnan
                         UNITED STATES DISTRICT JUDGE
```